USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1-16-20**

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                -against-

Juan Medina,

------------------------------------------------------------X

**ORDER**
19-CR-~~943~~ (ALC)
**493**

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's Calendar, the status conference set for January 28, 2020 is adjourned to 2:00 p.m.

**SO ORDERED.**

Dated: New York, New York
      January 16, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**