

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2020

**BY ECF**

The Honorable Andrew L. Carter
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-27-20

Re:   *United States v. Juan Medina*, S1 19 Cr. 493 (ALC)

Dear Judge Carter:

The Government writes on behalf of the parties to request that the Court adjourn the status conference currently scheduled for January 28, 2020 at 2:00 p.m. By way of update, the parties are in discussions concerning a pretrial disposition to this matter and believe that a resolution will be reached. The parties request a four-week adjournment to complete negotiations.

Defense counsel advises that due to the defendant's work schedule, if convenient for the Court, an appearance on a Tuesday at 2:00 p.m. or later will allow the defendant to appear in court without disruption to his commitments at work.

Finally, the parties jointly request that the Court exclude time until the date of the next conference scheduled by the Court.

Application granted. Status Conference adjourned to February 25, 2020 at 2:30 p.m. Time excluded. So Ordered.

/s/ Andrew L. Carter
1-27-20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612