**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-1 0th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 31, 2020

**BY ECF**

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  **United States v. Juan Medina**
     **19 Cr. 493 (ALC)**

Dear Judge Carter:

I write on behalf of my client Juan Medina, to request an adjournment of his sentencing hearing, currently scheduled for June 29, 2020. I have communicated with Ryan Finkel, Esq., on behalf of the Government, and Officer Paul Hay, on behalf of the Probation Department and they both consent to this application.

We seek an adjournment of approximately 30 days due to delays in scheduling the pre-sentence interview (PSI) during the COVID-19 pandemic.

Respectfully submitted,

Robert Baum

Robert M. Baum
Assistant Federal Defender

cc:  Ryan Finkel, Esq.
     Assistant United States Attorney

     Paul Hay
     United States Probation Officer

---

The application is **GRANTED.**
Sentencing is **ADJOURNED** to **July 30, 2020 at 10:00 a.m.**
Dated: April 13, 2020

SO ORDERED:

Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE