**MEMO ENDORSED**

# LAW OFFICE OF SARAH KUNSTLER
315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

August 19, 2020

**BY ECF**
Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/25/20

Re: United States v. Adalgisa Montilla
19 Cr. 493 (ALC)

Dear Judge Carter:

    I write to respectfully request a 30-day adjournment of the upcoming sentencing of Adalgisa Montilla, currently set for September 14, 2020. This is my third request for an adjournment of sentence. The government has no objection to this request.

    As your Honor knows, in-person court appearances in the Southern District remain extremely limited due to the persistent dangers of the COVID-19 pandemic. Ms. Montilla does not consent to a remote sentencing proceeding. Given that Ms. Montilla is a 60 year-old woman who suffers from a number of respiratory ailments, including asthma, emphysema, and sinusitis, and given that counsel lives in an intergenerational household with family members who are particularly vulnerable to severe COVID-19 infection, I respectfully request a 30-day adjournment of Ms. Montilla's sentence, until October 14, 2020, or as soon thereafter as is practical for the Court.

    Thank you for your kind consideration of this request.

Respectfully,

*Sarah Kunstler*

Sarah Kunstler
Attorney for Adalgisa Montilla

CC: AUSA Ryan Finkel

**The application is granted. Sentencing adjourned to 10/22/20 at 10:00 a.m. So Ordered.**

*Andrew L. Carter*
8/25/20