```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 12/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :    Docket #19-cr-00493-ALC-2
     -against-                        :
                                      :    ORDER
Juan Medina                           :
                                      :
          Defendant                   :
                                      :
--------------------------------------X

Andrew L. Carter, Jr, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

    Dated: New York, New York
           December 23, 2020

                                  SO ORDERED:

                                  _____
                                  Andrew L. Carter, Jr
                                  United States District Judge