**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 30, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/4/21

**BY ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square Room 435
New York, New York 10007

**Re:  United States v. Juan Medina**
      **19 Cr. 493 (ALC)**

Dear Judge Carter:

  I respectfully write on behalf of my client Juan Medina, to request an adjournment of his sentencing hearing, currently scheduled for January 21, 2021. I have communicated with Ryan Finkel, Esq., on behalf of the Government, and he consents to this application.

  We seek an adjournment of approximately 90 days to April, 2021, due to circumstances related to the continuing COVID-19 pandemic, and to allow Mr. Medina to address mental health issues recently brought to the Court's attention. Last week, the Court ordered a modification of bail to include mental health evaluation and treatment.

                          Respectfully submitted,
                          /S/
                          Robert M. Baum, Esq.
                          Assistant Federal Defender
                          Tel. (212) 417-8760

cc:  Ryan Finkel, Esq.
     Assistant United States Attorney

> **The application is granted. Sentencing adjourned to 4/16/21 at 12:00 p.m.**
> **So Ordered.**
>
> *Andrew L. Carter*
> 1/4/21