USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-27-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                                                                  **ORDER**
                                                                  19-CR-493 (ALC)

            -against-

Juan Medina,
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The sentencing scheduled for June 1, 2021 at 10:00 a.m. is adjourned to **3:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       May 27, 2021

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**