# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/16/22

November 16, 2021

**BY ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square Room 435
New York, New York 10007

Re:   **United States v. Juan Medina**
      **19 Cr. 493 (ALC)**

Dear Judge Carter,

I am writing on behalf of my client, Juan Medina, who was sentenced on June 1, 2021 to a term of Probation, to request that the Court order the Probation Office to return Mr. Medina's passport to him. His passport had previously been surrendered as a condition of bail prior to his sentencing hearing. I have spoken with Ryan Finkel, Esq., on behalf of the Government and he consents to this request.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

SO ORDERED:

_____ 5/16/22
**HONORABLE ANDREW L. CARTER, JR.**
United States District Judge

cc:   Ryan Finkel, Esq.
      Assistant United States Attorney